# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| JAMES URBAN,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN SELLS, et al.,<br><br>    Defendants. | No. C13-4096-DEO<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff James Urban has filed a written response (Doc. No. 3) to my October 18, 2013, order (Doc. No. 2) requiring him to show cause as to why he should not be sanctioned for filing repetitive, frivolous lawsuits. Having reviewed his response carefully, I submit the following recommendation.

## *BACKGROUND*

Urban has filed four prior federal lawsuits alleging that his constitutional rights were violated in connection with a state court prosecution and conviction for unlawful trapping activities. I summarized those lawsuits, and their outcomes, in my prior order (Doc. No. 2). I will not repeat that summary here except to note (a) that all four cases made allegations concerning Urban's state court conviction for unlawful trapping activities and (b) judgment was entered against Urban in three of the four cases (he abandoned the fourth case by not paying the required filing fee). Also, various orders in the prior cases cautioned Urban that he would be subject to sanctions if he persisted in filing new lawsuits based on the same set of facts. Urban was further advised that if he was not satisfied with the outcome of a case, the correct response is to file an appeal, not to file a new lawsuit.

On October 17, 2013, Urban filed the present lawsuit. It seeks damages against defendants who had been named in his prior lawsuits and, again, is based on Urban's complaint that his prior state court conviction was illegal. *See* Complaint (Doc. No. 1). An overpowering sense of *déjà vu* caused me to file the show cause order (Doc. No. 2).

## *URBAN'S EXPLANATION*

Urban's written explanation makes it clear that he is confused about basic issues of federal civil law and practice. I am not surprised by this, as he is not an attorney. In general, it appears Urban believes that the prior judgments against him were the result of technical problems with his pleadings and that he could try to cure these problems by trying again (and again, and again, etc.). For example, Urban states, at one point:

> Is what Urban was doing was looking for a defense for all of this. So I can some how [sic] get my Complaint going. With the claims and allegations this federal court has dismissed, Urban would have no case.

Doc. No. 3 at 4.

## *ANALYSIS*

Urban does not appear to understand that he really does "have no case." Judgment has been entered against him in three separate cases on the merits of claims that are based on his state court conviction. Basic concepts of *res judicata* prevent Urban from filing and prosecuting new cases based on the same alleged facts and claims. *See, e.g., Wedow v. City of Kansas City, Mo.*, 442 F.3d 661, 669 (8th Cir. 2006) (*res judicata* applies when there is prior judgment rendered by court of competent jurisdiction, that prior judgment was final and on merits, and it involved same cause of action and same parties or privies; *res judicata* bars claims that were or could have been

2

litigated in earlier proceeding).  This means he cannot continue to file new lawsuits based on the same events that caused him to file the prior lawsuits.  No amount of re-drafting and re-filing will allow Urban to pursue claims in this court based on the facts and allegations raised in his prior cases.

I find that Urban's latest complaint should be summarily dismissed as a sanction pursuant to Federal Rule of Civil Procedure 11(c).  I further find that Urban should forfeit the entire filing fee (which Urban has not yet paid in full) and that he should be very clearly and directly warned that he will be fined a significant amount (in my view, $1000 would be the starting point) if he attempts to file yet another case in this court that seeks relief based on his state court "trapping" conviction.

I do, however, believe that the confusion shown by Urban's explanation is sincere.  I find that Urban, as a non-lawyer, did not understand that he cannot keep filing new cases until he gets it right.  As such, I recommend no additional sanctions against him at this time.

### *RECOMMENDATION AND CONCLUSION*

As set forth herein, I RESPECTFULLY RECOMMEND as follows:

1. Urban's complaint in this matter (Doc. No. 1) should be declared to be frivolous and, thereby, should be **dismissed with prejudice** on grounds that it is barred by the doctrine of *res judicata* and by the various legal principles that have resulted in the entry of judgment against him in prior actions (*See, e.g.,* Judge O'Brien's order of September 5, 2013 (Doc. No. 37) in Case Number 12-4075).

2. Urban should be required to pay the entire filing fee ($400.00) for this case.  Because he submitted only $350.00 upon the filing of this case, he should be

directed to pay the remaining $50.00 to the Clerk within ten (10) days after the dismissal of this action.

3. Urban should be put on notice that if he attempts to file new cases in this court based on any of the events alleged in his prior actions (including, but not limited to, his prior state court prosecution and conviction), those cases will be dismissed with prejudice and Urban will be ordered to pay both the filing fee and a significant fine for each new case pursuant to Federal Rule of Civil Procedure 11(b).

Objections to this Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) must be filed within fourteen (14) days of the service of a copy of this Report and Recommendation. Objections must specify the parts of the Report and Recommendation to which objections are made, as well as the parts of the record forming the basis for the objections. *See* Fed. R. Civ. P. 72. Failure to object to the Report and Recommendation waives the right to *de novo* review by the district court of any portion of the Report and Recommendation as well as the right to appeal from the findings of fact contained therein. *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009).

**IT IS SO ORDERED.**

**DATED** this 4th day of November, 2013.

_____
LEONARD T. STRAND
UNITED STATES MAGISTRATE JUDGE